TUNSTEAD & SCHECHTER
*Attorneys for Global Cabinets & Furniture Manufacturers Inc.*
500 North Broadway, Suite 101
Jericho, New York 11753
(516) 822-4400
By: Michael D. Ganz, Esq.  (MG6510)
    Marvin Schechter, Esq. (MS0206)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X    10-CV-5715 (WP)
KASPER GLOBAL COLLECTION & BROKERS, INC.
as nominee for ATLAS MEBLE KUCHENNE Sp.z.o.o.,

                                  Plaintiff,           **RULE 7.1 STATEMENT**

        -against-

GLOBAL CABINETS & FURNITURE MANUFACTURERS INC.,
DENTON STONEWORKS, INC. BOGUSLAW KACZOR and
ARTUR BOBKO individually and d/b/a ATLAS KITCHENS INC.,
AFFORDABLE KITCHES BY ATLAS, WORLD OF INTERIORS,
LLC and DKF DESIGNS LLC,

                                  Defendants
-----------------------------------------------------------------X
S I R S:
       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure ("FRCP") and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant GLOBAL CABINETS & FURNITURE MANUFACTURERS INC., certifies the following:

       Global has no parent corporation and there is no publicly held corporation that owns more than 10% of Global's stock and Global was dissolved on June 2, 2009.

Dated: Jericho, New York
       November 1, 2010

                                Yours, etc.,
                                Tunstead & Schechter
                                *Attorneys for Global Cabinets & Furniture Manufacturers Inc.*

                                By:_____
                                Michael D. Ganz [MG6510]
                                Marvin Schechter, Esq. [MS0206]
                                500 North Broadway, Suite 101
                                Jericho, New York 11753
                                (516) 822-4400