# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through August 9, 2011.

Selected Entity Name: GLOBAL CABINETS & FURNITURE MANUFACTURERS INC.

Selected Entity Status Information

**Current Entity Name:** GLOBAL CABINETS & FURNITURE MANUFACTURERS INC.

**Initial DOS Filing Date:** SEPTEMBER 01, 2006

**County:** NASSAU

**Jurisdiction:** NEW YORK

**Entity Type:** DOMESTIC BUSINESS CORPORATION

**Current Entity Status:** INACTIVE - Dissolution (Jun 02, 2009)

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

GLOBAL CABINETS & FURNITURE MANUFACTURERS INC.
94 DENTON AVENUE
NEW HYDE PARK, NEW YORK, 11040

**Registered Agent**

NONE

This office does not record information regarding the names and addresses of officers, shareholders or directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by viewing the certificate.

**\*Stock Information**

Entity Information                               http://appext9.dos.state.ny.us/corp_public/CORPSEARCH.ENTITY_...

**# of Shares  Type of Stock  $ Value per Share**

200        No Par Value

*Stock information is applicable to domestic business corporations.

**Name History**

**Filing Date  Name Type**                          **Entity Name**

SEP 01, 2006 Actual       GLOBAL CABINETS & FURNITURE MANUFACTURERS INC.

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New
York State. The entity must use the fictitious name when conducting its activities or business in New
York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search

Services/Programs   |   Privacy Policy   |   Accessibility Policy   |   Disclaimer   |   Return to DOS
Homepage   |   Contact Us

DF000005



## AGREEMENT OF SALE

**THIS AGREEMENT**, made this 3 day of April, 2007, by and between **GLOBAL CABINETS & FURNITURE MANUFACTURING, INC.**, a New York domestic Corporation, located at 94 Denton Avenue, Garden City, New York 11040, hereinafter referred to as "**Seller**" and **FURNITURE DESIGN BY KNOSSOS, INC.**, a New York domestic Corporation, located at 24-30 BQE West Woodside, NY 11377, hereinafter referred to as "**Purchaser**".

**WITNESSETH,** that in consideration of the mutual covenants and agreement to be kept and performed on the part of said parties hereto, respectively as herein stated, the said "Seller" and "Purchaser" agree as follows: Seller shall arrange for the manufacture and delivery, as set forth below, of the following:

- Storage Bed  (520 pieces)
- Headboard (520 pieces)
- Desk System (520 pieces)

The agreed price for the above items shall be the sum of Three Hundred Sixty Four Thousand and 00/100 ($364,000.00) Dollars (USD), representing Seven Hundred and 00/100 ($700.00) Dollars per set (1 Storage Bed, 1 Headboard, 1 Desk System) plus cost of shipping to Purchaser, ~~in the approximate sum of Six Thousand Five Hundred and 00/100 ($5,500.01)Dol~~lars. Terms of Payment:  Purchaser shall deposit with Seller, upon execution of this Contract, the sum of Ninety One Thousand and 00/100 ($91,000.00) Dollars. Thereafter, Seller shall advise Purchaser, in advance of delivery, of that portion of the purchase price (cost of container less proportional share of 25% down payment) ~~and shipping cost due for the contents of each container~~  Purchaser agrees to pay Seller upon delivery of each container the price of that container, as indicated above, ~~together with the shipping cost, by bank certified or official~~ check payable to Seller. ~~Seller agrees to arrange for shipping of the above goods by container to the Purchaser, which~~ containers will be delivered to the following address:  24-30 BQE West Woodside, NY 11377. Purchaser has inspected and approved shop drawings and photos attached hereto. In addition, Purchaser has inspected and approved a sample/model of each of these items, which are the subject of this sale. Seller represents and agrees to ship the above items as follows:





- Containers 1 and 2 (total 70 sets) to be shipped on April 27, 2007 from Poland, the country of origin.
- Containers 3 and 4 (total 70 sets) to be shipped on May 4, 2007 from Poland, the country of origin.
- Containers 5 and 6 (total 70 sets) to be shipped on May 11, 2007 from Poland, the country of origin.
- Containers 7 and 8 (total 70 sets) to be shipped on May 18, 2007 from Poland, the country of origin.
- Containers 9 and 10 (total 70 sets) to be shipped on May 25, 2007 from Poland, the country of origin.
- Containers 11 and 12 (total 70 sets) to be shipped on June 1, 2007 from Poland, the country of origin.
- Containers 13 and 14 (total 70 sets) to be shipped on June 8, 2007 from Poland, the country of origin.
- Containers 15 (total 30 sets) to be shipped on June 15, 2007 from Poland, the country of origin.

Seller shall be responsible for the proper delivery of the above items. Risk of loss shall be on seller until delivery to Purchaser. Seller shall have a representative present upon delivery of each container to supervise the unloading of that container and confirm the conditions of the contents therein.

**THIS AGREEMENT** shall be binding upon the parties hereto, their successors and/or assigns.

**THIS AGREEMENT** shall be interpreted under the laws of the State of New York.

The above represents the full Agreement between the parties and can only be modified by a written document signed by both parties.

Global Cabinets & Furniture Manufacturing, Inc.

By: _____  4-08-2007

Furniture Design by Knossos, Inc.

By: _____  4/8/07

DF000007

11/21/11

Print

Subject: Fw: ZESTAW BIURKO-dostawy

From:    Arthur Bobko (arturbobko@yahoo.com)

To:      marius@gebskilaw.com;

Date:    Monday, November 21, 2011 7:26 PM

**From:** Arthur Bobko <arturbobko@yahoo.com>;
**To:** Janusz <cbanr1@yahoo.com>;
**Subject:** Fw: ZESTAW BIURKO-dostawy
**Sent:** Tue, May 13, 2008 3:44:49 PM

```
E-mail od Tadeusza.
Podaje terminy dostaw kontenerow .
Czytaj ponizej.
Artur.
```

----- Forwarded Message ----
From: Tadeusz Nowicki <tnowicki@atlas-kuchnie.com.pl>
To: Arthur Bobko <arturbobko@yahoo.com>
Sent: Monday, April 2, 2007 5:46:52 AM
Subject: FW: ZESTAW BIURKO

**From:** MARCIN SZCZEPAŃSKI [mailto:handel4@atlas-kuchnie.com.pl]
**Sent:** Monday, April 02, 2007 11:46 AM
**To:** tnowicki@atlas-kuchnie.com.pl
**Subject:** ZESTAW BIURKO

Przesyłam poprawioną dokumentacje do akceptacji.
Proponowany przez nas termin to: pierwsze dwa kontenery 27 kwietnia, pozostałe co tydzień zgodnie z Waszymi zaleceniami.
Będę się kontaktował dzisiaj w godzinach późniejszych.


DEFENDANT'S
EXHIBIT
PENGAD 800-631-6989

DF000009

1/1

about:blank

## TRANSLATION FROM POLISH INTO ENGLISH LANGUAGE

YAHOO! MAIL

Subject: Fw: DESK SET- delivery
From:    Arthur Bobko (arturbobko@yahoo.com)
To:      marius@gebskilaw.com
Date:    Monday, November 21, 2011 7:26 PM

---

**From:** Arthur Bobko <arturbobko@yahoo.com>;
**To:** Janusz <cbanr1@yahoo.com>;
**Subject:** FW: DESK SET- delivery
**Sent:** Tue, May 13, 2008 3:44:49 AM

E-mail from Tadeusz.
I'm providing term limits for delivery of containers.
Read below.
Artur.

----- Forwarded Message ----

From: Tadeusz Nowicki <tnowicki@atlas-kuchnie.com.pl>
To: Arthur Bobko <arturbobko@yahoo.com>
Sent: Monday, April 2, 2007 5:46:52 AM
Subject: FW:

---

From: MARCIN SZCZEPANSKI [mailto: handel4@atlas-kuchnie.com.pl]
Sent: Monday, April 02, 2007 11:46 AM
To: tnowicki@atlas-kuchnie.com.pl
Subject:

I'm sending corrected documentation for acceptance.
Suggested by us term limit is as follows: First two containers on April 27th, the rest of them every week in accordance with your recommendation.
I'm going to contact you later today.

---

I, the undersigned, GRETA KRET, herby certify that I am thoroughly familiar with the Polish language both written and spoken and that the above is a true and accurate translation of the original document provided to the best of my knowledge and belief.

Sworn to before me this
27th day of December, 2011

_____
GRETA KRET

NOTARY PUBLIC

DAVID KUZMA
Notary Public-State of New York
Registration #02KU6236945
Qualified in Queens County
Commission Expires March 14, 2015

DF000010

## TRANSLATION FROM POLISH INTO ENGLISH LANGUAGE

YAHOO! MAIL

Marius Gebski

| | |
|---|---|
| From: | BOBBY KACZOR [dentonstoneworks@yahoo.com] |
| Sent: | Wednesday, June 08, 2011 11:03 PM |
| To: | Marius Gebski |
| Subject: | Fw: request-rate-service-02 |
| Follow up Flag: | Follow up |
| Flag Status: | Red |

-----Forwarded Message----
From: BOBBY KACZOR <dentonstoneworks@yahoo.com>
To: tadeusz <tnowicki@atlas-kuchnie.com.pl>
Cc: tomek <handel7@atlas-kuchnie.com.pl>
Sent: Thu, May 24, 2007 6:30:56 PM
Subject: Fw: request-rate-service-02

Hello Tadeusz, I'm sending you an email which we have received from Konstantin so if we won't get an order confirmation for containers by tomorrow then we have to forget about Monday that's what Mr. Macie Golebski from the transportation company said so I'm leaving this for you guys. Tadeus, I will appreciate if you won't forget about our tomorrow's agreement. That's a little change to this project so what do you think if we do 3.500 sets taking under consideration that this is not a student campus except for a fact that every 5 years we will have to exchange some pieces for a new one so during a one year how many things will fall away or how many drawers we will have to fix it and things like that so it means that simply we never will get out of there its just a drop in the sea.

Best regards, Bogdan Kaczor


-----Forwarded Message----
From: Konstantin <domestex@hvc.rr.com>
To: BOBBY KACZOR <dentonstoneworks@yagoo.com>
Sent: Thursday, May 24, 2007 11:32:00 AM
Subject: FW: request-rate-service-02

DATE AND TIME OF EMAIL (see original text in English)

I, the undersigned, GRETA KRET, herby certify that I am thoroughly familiar with the Polish language both written and spoken and that the above is a true and accurate translation of the original document provided to the best of my knowledge and belief.

Sworn to before me this
28th day of December, 2011

_____
NOTARY PUBLIC

DAVID KUZNIA
Notary Public, State of New York
Registration #02KU6236945
Qualified In Queens County
Commission Expires March 14, 2015

_____
GRETA KRET

DF000016

**Marius Gebski**

| | |
|---|---|
| **From:** | BOBBY KACZOR [dentonstoneworks@yahoo.com] |
| **Sent:** | Wednesday, June 08, 2011 11:03 PM |
| **To:** | mariusz gembski |
| **Subject:** | Fw: request-rate-service-02 |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |

----- Forwarded Message ----
**From:** BOBBY KACZOR <dentonstoneworks@yahoo.com>
**To:** tadeusz <tnowicki@atlas-kuchnie.com.pl>
**Cc:** tomek <handel7@atlas-kuchnie.com.pl>
**Sent:** Thu, May 24, 2007 6:30:56 PM
**Subject:** Fw: request-rate-service-02

CZESC TADEUSZ, WYSYLAM CI E'MAIL KTORA DOSTALISY OD
KONSTANTINA CZYLI JESLI JUTRO NIE BEDZIE POTWIERDZONY ORDER NA
KONTENERY TO CZEBA ZAPOMNIEC O PONIEDZIALKU, PRZYNAJMNIEJ
TAK TWIERDZI PAN MACIEJ GOLEBSKI Z FIRY PRZEWOZOWEJ. WIEC
ZOSTAWIAM TO DLA WAS. NIZAPOMNIJ TYLKO TADEUSZ O NASZEJ
JUTRZEJSZEJ UMOWIE BEDE CI BARDZO WDZIECZNY. TAKA TYLKO
POPRAWKA TYLKO DO TEGO PROJEKTU, JAK MYSLISZ JAK ZROBILIBYSMY
3.500 TAKICH KOMPLETOW BIORAC POD UWAGE TO ZE TO JEST INTERNAT
UNIWERSYTECKI, POMIJAJAC TO ZE CO 5 LAT WYMIENIAJA NA NOWE TO
ILE W CIAGU KAZDEGO ROKU ODPADNIE FRONTOW, ZEPSUJE SIE SZUFLAD
I TYM PODOBNYCH ZECZY POPROSTU NIGDY Z TAMTAD SIE NIE WYJDZIE,
TO JEST TYLKO JEDEN Z PROJEKTOW CO CI LUDZIE MAJA , TO JEST TYLKO
KROPELKA W MORZU.

PRZESYLAM POZDROWIENIA, BODGAN KACZOR

----- Forwarded Message ----
From: Konstantin <domestex@hvc.rr.com>
To: BOBBY KACZOR <dentonstoneworks@yahoo.com>
Sent: Thursday, May 24, 2007 11:32:00 AM
Subject: FW: request-rate-service-02

Dear Stavro

The following was received from my agent in Poland ...

Quote""

DF000017

8/4/2011

2) Atlas - have spoken to suppliers some days ago and agree that I will wait for they cargo readiness notice
have talked today again and been promissed to get info asap
mayby you can press them form your side - we are ready to go anytime

dziękuję i pozdrawiam / thanks and best regards
Maciej Gołębski
Sales Department
ZIM POLAND   Sp. z o. o.

Shape Yahoo! in your own image. Join our Network Research Panel today!

## TRANSLATION FROM POLISH INTO ENGLISH LANGUAGE

YAHOO! MAIL

Marius Gebski

From: BOBBY KACZOR [dentonstoneworks@yahoo.com]
Sent: Wednesday, June 08, 2011 11:09 PM
To:    Marius Gebski
Subject: Fw: From Nowego Tomysla

------Forwarded Message----
From: BOBBY KACZOR <dentonstoneworks@yahoo.com>
To: cris popko <cbanr1@yahoo.com>
Sent: Monday, June 4, 2007 5:50:23 PM
Subject: From Nowego Tomysla

-----Original Message----
From: Arthut Bobko <arturbobko@yahoo.com>
To: BOBBY KACZOR <dentonstoneworks@yahoo.com>
Sent: Monday, June 4, 2007 5:20:17 PM

Babi

We have met with Mr. Tadeus today. He acts like nothing happened. Tomorrow we will
check upon the order. Looks like everyone works but nothing moves forward. Tomorrow
he is going to load two containers. We are going to be there and we will see what else has
to be done. Today he wasn't able to answer this question. David checked the factory and
he likes it. I have tried to explain to Tadeus that it is very important to finish this project
this week. Then we will have an opportunity to continue our cooperation with them. I
think Tadeus understood that this is very important case if David came by to see him.

Artur

I, the undersigned, GRETA KRET, herby certify that I am thoroughly familiar with the
Polish language both written and spoken and that the above is a true and accurate
translation of the original document provided to the best of my knowledge and belief.

Sworn to before me this
28th day of December, 2011

NOTARY PUBLIC

_GRETA KRET

DAVID KUZNIA
Notary Public, State of New York
Registration #02KU6238945
Qualified in Queens County
Commission Expires March 14, 2015

DF000019

## Marius Gebski

| | |
|---|---|
| **From:** | BOBBY KACZOR [dentonstoneworks@yahoo.com] |
| **Sent:** | Wednesday, June 08, 2011 11:09 PM |
| **To:** | mariusz gembski |
| **Subject:** | Fw: Z Nowego Tomysla |

----- Forwarded Message ----
**From:** BOBBY KACZOR <dentonstoneworks@yahoo.com>
**To:** cris popko <cbanr1@yahoo.com>
**Sent:** Mon, June 4, 2007 5:50:23 PM
**Subject:** Fw: Z Nowego Tomysla

----- Original Message ----
From: Arthur Bobko <arturbobko@yahoo.com>
To: BOBBY KACZOR <dentonstoneworks@yahoo.com>
Sent: Monday, June 4, 2007 5:20:17 PM
Subject: Z Nowego Tomysla

Babi.
Spotkalismy sie dzisiaj z Tadeuszem.
Zachowuje sie jak by nic sie nie stalo.
Jutro zobaczymy jak tam z tym zamowieniem.
Wyglada ze wszyscy pracuja ale nie widac zeby sie cos posuwalo do przodu.
Jutro ma ladowac dwa kontenery.
Mamy byc przy tym i okresli sie co jeszcze zostalo do zrobienia.
Dzisiaj nie mogl odpowiedziec na to pytanie.
David zobaczyl jak wyglada fabryka, wszytko mu sie podoba.
Staralem Tadeuszowi wytlumaczyc ze jest to bardzo wazne zeby zakonczyc ten projekt w tym tygodniu.
Wtedy mamy szanse na dalsza wspolprace z nimi.
Tadeusz mysle ze zrozumial ze jest to powazna sprawa jak sam David przyjechal sie znim spotkac.

Artur.

DF000020

8/4/2011

**Marius Gebski**

| | |
|---|---|
| **From:** | BOBBY KACZOR [dentonstoneworks@yahoo.com] |
| **Sent:** | Wednesday, June 08, 2011 11:00 PM |
| **To:** | mariusz gembski |
| **Subject:** | Fw: (no subject) |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |

----- Forwarded Message ----
**From:** Tomasz Glodz <handel7@atlas-kuchnie.com.pl>
**To:** Steve USA <stavro10@aol.com>; Davidnycda@aol.com
**Cc:** Bobby Kaczor <dentonstoneworks@yahoo.com>; Artur Bobko <arturbobko@yahoo.com>
**Sent:** Wed, June 13, 2007 7:47:13 AM
**Subject:** RE: (no subject)

The container directly to Hamburg left our company today morning.
The next one to Gdynia is being loaded now.

I will back with the information about the containers numbers and what is inside later on.

Tomasz

     -----Original Message-----
     **From:** Davidnycda@aol.com [mailto:Davidnycda@aol.com]
     **Sent:** Wednesday, June 13, 2007 12:42 AM
     **To:** handel7@atlas-kuchnie.com.pl; arturbobko@yahoo.com; domestex@hvc.rr.com;
     dentonstoneworks@yahoo.com
     **Cc:** STAVRO10@aol.com; KNOSSOS538@aol.com; DIMEK2@aol.com
     **Subject:** (no subject)

     Tomasz,

     Thanks for your e mail of today and yesterday.

     But as you can see from the attached file I am sending you that while Steve and my self where
     there in Poland we all agreed on a schedule and on there we have on that on the 13th of June
     which is TODAY we should have a total of 5 containers one with the bases that will go to
     Hamburg and the rest 4 that will go from Gydinia on the 15th of June

     can you please tell us if we are still on that same schedule ????
     please get back to us ASAP

     Thanks
     All the Best
     David

See what's free at AOL.com.

DF000022

## Marius Gebski

| | |
|---|---|
| **From:** | BOBBY KACZOR [dentonstoneworks@yahoo.com] |
| **Sent:** | Wednesday, June 08, 2011 10:56 PM |
| **To:** | mariusz gembski |
| **Subject:** | Fw: FW: Savino Del Bene Poland - 3x40 HC w relacji Nowy Tom .. |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |

----- Forwarded Message ----
**From:** Tomasz Glodz <handel7@atlas-kuchnie.com.pl>
**To:** Davidnycda@aol.com
**Cc:** Steve USA <stavro10@aol.com>; Janusz USA <CBANR1@YAHOO.COM>; Leslaw Popko USA
<zalev2000@aol.com>; Bobby Kaczor <dentonstoneworks@yahoo.com>; Artur Bobko
<arturbobko@yahoo.com>
**Sent:** Tue, June 19, 2007 11:04:22 AM
**Subject:** RE: FW: Savino Del Bene Poland - 3x40 HC w relacji Nowy Tom ..

See my comments below.

All the best

Tomasz

-----Original Message-----
**From:** Davidnycda@aol.com [mailto:Davidnycda@aol.com]
**Sent:** Tuesday, June 19, 2007 3:55 PM
**To:** handel7@atlas-kuchnie.com.pl
**Cc:** STAVRO10@aol.com
**Subject:** Re: FW: Savino Del Bene Poland - 3x40 HC w relacji Nowy Tom ..

Hi Tomaz,

I was hoping that this morning I would have on email from you of the stuff I
asked you last night (morning by you) # 1 we need more info on how you will
ship to breamahaven ?

[TG] On the wheels to the Bremenhaven?

# 2 what's the brookers name and phone number in Poland ?
{TG] Bartosz Jasinski
Savino Del Bene Poland Sp.z o.o.
ul.Slaska 17
81-319 Gdynia
tel:+48 58 628 64 61
fax:+48 58 628 65 79

# 3 the name of the vassel that will go out from breamerhaven on the 24 of
June ? #
[TG]Please ask him. I do not know the name.

4 what will be in these 3 continers &
[TG] In the two tomorrow containers will be base cabinets for bed and in
the one container
which we send at Thursday moring also directly to Bremenhaven will be the

DF000023

8/4/2011

rest of the bed base cabinets + base frame of beds

# 5 we must know when the rest
[TG] We are going to finish  production at the end of the next week.


will be shiped a REAL time line & how it will be shipped ?
Please get back to me ASAP WITH THE ABOVE INFO
thanks
David


************************************* See what's free at
http://www.aol.com.


--
No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.5.472 / Virus Database: 269.9.0/853 - Release Date: 2007-06-18
15:02

DF000024

11/21/11                                        Print

Subject:  Fw: Kontenery z łóżkami i biurkami / Containers with beds and desks from Atlas Poland to Steve.

From:     Arthur Bobko (arturbobko@yahoo.com)

To:       bkaczor@aol.com;

Cc:       marius@gebskilaw.com;

Date:     Monday, November 21, 2011 1:59 PM


------ Forwarded Message ------
**From:** Tomasz Głódź <handel7@atlas-kuchnie.com.pl>
**To:** Atlas Bożena <handel3@atlas-kuchnie.com.pl>; Bobby Kaczor <dentonstoneworks@yahoo.com>
**Cc:** Konstantin USA <domestex@hvc.rr.com>; Artur Bobko <arturbobko@yahoo.com>; Zim Maciej Gołębski <M.Golebski@zim-poland.com>
**Sent:** Wednesday, June 6, 2007 8:15 AM
**Subject:** Kontenery z łóżkami i biurkami / Containers with beds and desks from Atlas Poland to Steve.

Numery kontenerów / containers numbers:

1,2,3 - wysłany/ shiped;
4 - at 15.06.07 ship from Gdynia - 13.06.07 załadunek Atlas / loading
Atlas;
5 - at 15.06.07 ship from Hamburg - 11.06.07 załadunek Atlas / loading
tlas - na kołach do Hamburga / track directly to Hamburg;
6,7,8 - 15.06.07 - at 15.06.07 ship from Gdynia - 13.06.07 załadunek Atlas /
loading Atlas;
9,10,11,12,13,14 - at 22.06.07 ship from Gdynia - 20.06.07 załadunek Atlas /
loading Atlas;


I booked with Mr Maciej Gołębski from the ZIM company one container directly
to the Hamburg on the track - the charge is on the Steve side.
The book of the rest containers  is on your side - according to the Steves'
words.

The number of containers could change but we inform you about it.

Pzdr/All the best

Tomasz Głódź
Office: + 48 61 44 52 213
Mobil: + 48 668 450 447
Fax:  + 48 61 44 52 201



DF000008

about:blank                                                                                    1/2

## Marius Gebski

| | |
|---|---|
| **From:** | BOBBY KACZOR [dentonstoneworks@yahoo.com] |
| **Sent:** | Wednesday, June 08, 2011 10:55 PM |
| **To:** | mariusz gembski |
| **Subject:** | Fw: personal letter to tedeuse from steve/urgent |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |

----- Forwarded Message ----
**From:** "STAVRO10@aol.com" <STAVRO10@aol.com>
**To:** handel7@atlas-kuchnie.com.pl
**Cc:** DENTONSTONEWORKS@YAHOO.COM; arthur.bobko@yahoo.com; cbaNR1@YAHOO.COM;
Davidnycda@aol.com
**Sent:** Thu, June 21, 2007 10:35:53 AM
**Subject:** personal letter to tedeuse from steve/urgent

Tomas please translate this to tedeuse.
Mr tedeuse you have to understand our position whith this order a lot of dates were promised as far as deliverys .
as i am pleading and begging you to be on top of this project as our last hope was for the last containers to be
here before June 30 th and of course it has not happaned.
as i was speaking to Tomas he informed me that the project will be finished by the end of June
our last hope was for the last containers to be shipped through Beethoven by July 2 as there is a ship leaving on
that date but if the containers leave your factory by the end of June it will not make it on time .
so for once more i am begging you for the last containers to leave no later than June 27 th the  latest in order to
make that ship.so please as we have by past our schedule there is no alternative as we will be faced whith a lot of
problems  and most likely littigation if these delivery dates are not met .
as i have e mailed previously we went whith the last schedule that we made on my visit to Poland .
i have signed a personal guaranty on these dates based on those that you have given us.
so  i am begging please you have to do the impossable possible to have those goods on the road on that date
truly Steve tepelidis

See what's free at AOL.com.

DF000025

## Marius Gebski

| | |
|---|---|
| **From:** | BOBBY KACZOR [dentonstoneworks@yahoo.com] |
| **Sent:** | Wednesday, June 08, 2011 10:55 PM |
| **To:** | mariusz gembski |
| **Subject:** | Fw: dell sceduales |
| **Follow Up Flag:** Follow up | |
| **Flag Status:** | Red |

----- Forwarded Message ----
**From:** "STAVRO10@aol.com" <STAVRO10@aol.com>
**To:** cbaNR1@YAHOO.COM
**Cc:** DENTONSTONEWORKS@YAHOO.COM; arthur.bobko@yahoo.com; Davidnycda@aol.com
**Sent:** Thu, June 21, 2007 11:02:10 AM
**Subject:** dell sceduales

non of the dates that were promised have been met
non of the items that were supposed to be on those containers are on as the last 3/ contain only certain
parts.while Lester was in the factory he kept telling that there wore 120 complete sets to be shipped
as we were finding out through the packing slips only parts 2 and 3 were shipped.
and the biggest problem the rest will be shipped by the end of June  verses of what they told Lester 3 more
containers were going to leave next Tuesday .
this project has created so many problems and headaches and slip less nights for all of us  .
and that's because of all the misinformation that we are receiving or not having a person on top of this project. on
our last visit to Poland tedeuse swore/ and promised/ gave me his word that the schedule that he gave me is
binding/ well as we all can see ?
now is up to you to start putting more pressure for those containers to go out no later than the 27 th of June .
as i have signed a persona l guaranty with our clients it was the final.and i cannot buy  any more time .
as we all understand its not only the delivery i have to do all of the assembly .and installations .
as i have written a personal letter to tedeuse begging and pleading whith  him for those containers to leave his
factory by the 27 th of June in order to make the last ship to bremerhaven and to be here by the 12 th of July

See what's free at AOL.com.

DF000026

8/4/2011

## Marius Gebski

**From:**          BOBBY KACZOR [dentonstoneworks@yahoo.com]
**Sent:**          Wednesday, June 08, 2011 10:53 PM
**To:**            mariusz gembski
**Subject:**       Fw: desk cunstruction
**Follow Up Flag:** Follow up
**Flag Status:**   Red

----- Forwarded Message ----
**From:** "STAVRO10@aol.com" <STAVRO10@aol.com>
**To:** arthur.bobko@yahoo.com; cbanr1@yahoo.com
**Cc:** handel7@atlas-kuchnie.com.pl; Davidnycda@aol.com; DENTONSTONEWORKS@YAHOO.COM
**Sent:** Fri, July 6, 2007 2:04:57 PM
**Subject:** desk cunstruction

to Arthur
concerning the construction of the desk
as you were in my factory and saw the difficulty of assembling the desks .
is there an easier way for the factory to send them more assembled as discussed so many times on the way they
should be shipped.
1 assemble base whith the cabinet
2 assemble middle part whith the  drawer essemb;led
3 assemble upper hutch complete
 this is the way we discussed so the only thing we have to do is
the desk to come in 4 parts
please explain to tees that it is very difficult and time consuming to assemble them here
waiting for your reply
Steve

See what's free at AOL.com.

DF000028

8/4/2011

**Marius Gebski**

| | |
|---|---|
| **From:** | BOBBY KACZOR [dentonstoneworks@yahoo.com] |
| **Sent:** | Wednesday, June 08, 2011 10:38 PM |
| **To:** | mariusz gembski |
| **Subject:** | Fw: Transport kontenerow |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |

----- Forwarded Message ----
**From:** Tomasz Glodz <handel7@atlas-kuchnie.com.pl>
**To:** Arthur Bobko <arturbobko@yahoo.com>
**Cc:** Bobby Kaczor <dentonstoneworks@yahoo.com>
**Sent:** Tue, July 10, 2007 8:36:41 AM
**Subject:** RE: Transport kontenerow

Po otrzymaniu 5 kontenera powinniście mieć 175 szt biurek + 5 szt . wysłanych samolotem
wcześniej.
Razem 180 szt.

Jeżeli chodzi o te dodatkowe elementy, to są tak zwane części zamienne na wypadek, jakiś
uszkodzeń.

Sprawdź ile macie  dokładnie biurek razem.

Jeżeli chodzi o biurka, które jeszcze nie zostały wysłane, to otrzymacie je w ten sam sposób co
poprzednie,
ponieważ wszystkie okucia potrzebne do ich montażu wysłaliśmy już w 10 kontenerze.

Tomasz

> -----Original Message-----
> **From:** Arthur Bobko [mailto:arturbobko@yahoo.com]
> **Sent:** Monday, July 09, 2007 8:51 PM
> **To:** Tadeusz Nowicki
> **Cc:** Tomasz Glodz
> **Subject:** Transport kontenerow
>
> Prosze wyslac kontenery tak zeby przyszly jak najszybciej.
> Jak wiemy z Niemiec dochodza za 12 dni.
> Nie mamy czasu zeby szly trzy tygodnie.
>
> Brakuje 3 biurka. Prosze o zrobienie dodatkowo trzech biurek.
> To co pozostalo .
> Sa tylko 3 blaty , dwie nogi , kilka szuflad.
> Nie mozna z tych czesci skompletowac tych trzech biurek.
> Jak przyjedziecie to te rzeczy ktore zostaly sa do wgladu.
>
> Dzieki.
> Artur.

DF000029

8/4/2011

## TRANSLATION FROM POLISH INTO ENGLISH LANGUAGE

YAHOO! MAIL
Marius Gebski

| | |
|---|---|
| From: | BOBBY KACZOR [dentonstoneworks@yahoo.com] |
| Sent: | Wednesday, June 08, 2011 10:38 PM |
| To: | Marius Gebski |
| Subject: | Fw: transport of containers |
| Follow up Flag: | Follow up |
| Flag Status: | Red |

-----Forwarded Message----
From: Tomasz Glodz <handel7@atlas-kuchnie.com.pl>
To: Artur Bobko <arturbobko@yahoo.com>
Cc: Bobby Kaczor <dentonstoneworks@yahoo.com>
Sent: Tue, July 10, 2007 8:36:41 AM
Subject: Fw: transport of containers

After receiving the 5th container you should have 175 pieces of desks plus 5 pieces which we sent earlier by plain. Together it is 180 pieces. According to the additional pieces you need them just in case they are extra once. Please check how many desks you have all together. Also, according to the rest of unsent desks you will get them the same way as previous one because everything that is needed for assembling we send already in the 10th container
Best regards, Bogdan Kaczor

-----Original Message----
From: Artur Bobko [mailto:arturbobko@yahoo.com]
Sent: Monday, July 09, 2007 8:51 PM
To: Tadeusz Nowicki
Cc: Tomasz Glodz
Subject: Transport of containers

Please send out the containers in a short matter of time so we can receive them soon as possible. As we know from Germany we can get them in 12 days. WE don't have time to wait for another 3 weeks. I'm missing 3 desks so please make 3 extra one. The only things left are only those 3 countertops, 2 legs, and a couple of drawers. We can't create 3 desks from those pieces. When you come here you will take a look at those pieces.
Thanks
Artur

I, the undersigned, GRETA KRET, herby certify that I am thoroughly familiar with the Polish language both written and spoken and that the above is a true and accurate translation of the original document provided to the best of my knowledge and belief.

Sworn to before me this
28th day of December, 2011

NOTARY PUBLIC

DAVID KUZNIA
Notary Public, State of New York
Registration #02KU6236945
Qualified In Queens County
Commission Expires March 14, 2015

GRETA KRET

DF000030

## Marius Gebski

| | |
|---|---|
| **From:** | BOBBY KACZOR [dentonstoneworks@yahoo.com] |
| **Sent:** | Wednesday, June 08, 2011 10:52 PM |
| **To:** | mariusz gembski |
| **Subject:** | Fw: cont 11 and 12 |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |

----- Forwarded Message ----
**From:** "STAVRO10@aol.com" <STAVRO10@aol.com>
**To:** DENTONSTONEWORKS@YAHOO.COM; cbanr1@yahoo.com
**Cc:** arthur.bobko@yahoo.com; Davidnycda@aol.com
**Sent:** Tue, July 10, 2007 9:40:35 AM
**Subject:** cont 11 and 12

bobby
as we have spoken on the phone please call savino in Poland  and try to divert these 2 containers through
Germany there is a ship leaving from Beethoven on the 15 th of julyplease coordinate whit savino
its very import and as this containers containers tops and head boards other wise we are screwed big time
i don't know why this is happening as we have spoken many times that since we are late all of the shipments
should be going through Germany.
for the next containers find out shipping dates and go whit zinc as there is a ship leaving from Beethoven on July
14  ETA NY on the 23 rd
please try to help
PS all of the head boards came whit no adjustable holes for the shelve
again I do not know why this change took place and as of today David is there trying to get them to sign off
on the 180 sets please lets talk about it as it is becoming an issue?

See what's free at AOL.com.

DF000031

**Marius Gebski**

| | |
|---|---|
| **From:** | BOBBY KACZOR [dentonstoneworks@yahoo.com] |
| **Sent:** | Wednesday, June 08, 2011 10:52 PM |
| **To:** | mariusz gembski |
| **Subject:** | Fw: dell scd |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |

----- Forwarded Message ----
**From:** "STAVRO10@aol.com" <STAVRO10@aol.com>
**To:** arthur.bobko@yahoo.com; handel7@atlas-kuchnie.com.pl; DENTONSTONEWORKS@YAHOO.COM;
cbaNR1@YAHOO.COM
**Cc:** Davidnycda@aol.com; DIMEK2@aol.com; KNOSSOS538@aol.com
**Sent:** Wed, July 11, 2007 5:41:28 PM
**Subject:** dell scd

Arthur

Please relay this message to everyone here and in Poland
This project cannot continue like it has been going so far !!!
We cant go on like this any more !!!!!!!
With each passing day we get different answers if we get any at all ........and when you do decide to answer our
phone calls all we hear  is "Tomorrow We Will Know" as you already know this answer is not satisfactory ...... we
are so behind schedule at this point I cannot even face my clients. I do not know how you run your business but I
would like to remain in good standing with my clients.

It is of utmost importance that I have the container numbers for the containers that are in Gudynia.

There will be a vessel leaving Hamburg on Saturday July 14 the remaining containers have to be on that ship I
don not want to know how that will happen BUT MAKE IT HAPPEN
I must have an answer by Friday morning **YES OR NO** If there is no response by then I will take that as a <u>NO</u> and
I will have to make other arrangements.
Thanks
Steve

P. S.

I apologize for being so harsh but to much pressure from my partners, developers, and building management.

Get a sneak peak of the all-new AOL.com.

## TRANSLATION FROM POLISH INTO ENGLISH LANGUAGE

YAHOO! MAIL

Marius Gebski

From:
Sent:
To:
Subject:
Follow up Flag:
Flag Status:

BOBBY KACZOR [dentonstoneworks@yahoo.com]
Wednesday, June 08, 2011 10:45 PM
Marius Gebski
Fw: dell scd
Follow up
Red

-----Forwarded Message----
From: BOBBY KACZOR <dentonstoneworks@yahoo.com>
To: tadeusz <tnowicki@atlas-kuchnie.com.pl>
Cc: tomek <handel7@atlas-kuchnie.com.pl>; cris popko <cbanr1@yahoo.com>; artur
<arturbobko@yahoo.com>
Sent: Wed, July 11, 2007 6:51:29 PM
Subject: Fw: dell scd

Hello Tadeusz, actually I don't want to write this email to you because I never got the answer on
my previous emails but I can't understand how come you guys don't care what people are
writing and talking and act like little kids people who are in business for so many years??? How
can you treat them like this??? I'm not talking about us because we still want to get this project
done to save our polish faces, reputation and to get your money for this!!!! What's going on here?
Tadeusz read this letter from Steve and think about it like an intelligent human being, like
businessman and ask yourself if you would like to be treated like that??? I'm waiting for your
response which you can send to me or straight to him I don't care because at least you should
show him some respect. All the best, talk to you latter

Bobby Kaczor

Arthur

(Please see original text in English)

I, the undersigned, GRETA KRET, herby certify that I am thoroughly familiar with the Polish
language both written and spoken and that the above is a true and accurate translation of the
original document provided to the best of my knowledge and belief.

Sworn to before me this
28th day of December, 2011

NOTARY PUBLIC

DAVID KUZNIA
Notary Public, State of New York
Registration #02KU6236945
Qualified in Queens County
Commission Expires March 14, 2015

GRETA KRET

DF000033

**Marius Gebski**

| | |
|---|---|
| **From:** | BOBBY KACZOR [dentonstoneworks@yahoo.com] |
| **Sent:** | Wednesday, June 08, 2011 10:45 PM |
| **To:** | mariusz gembski |
| **Subject:** | Fw: dell scd |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |

----- Forwarded Message ----
**From:** BOBBY KACZOR <dentonstoneworks@yahoo.com>
**To:** tadeusz <tnowicki@atlas-kuchnie.com.pl>
**Cc:** tomek <handel7@atlas-kuchnie.com.pl>; cris popko <cbanr1@yahoo.com>; artur <arturbobko@yahoo.com>
**Sent:** Wed, July 11, 2007 6:51:29 PM
**Subject:** Fw: dell scd

Czesc Tadeusz, nie mialem wprawdzie ochoty pisac tego e-maila bo nigdy nie otrzymalem odpowiedzi na poprzednie ale naprawde nie moge zrozumiec was jak moze nie docierac do was co ludzie pisza, mowia, prosza jak male dzieci, ludzie co sa w businesie po tyle lat??? w taki sposob ich traktowac??? jusz nie chodzi mi o nas bo w dalszym ciagu chemy doprowadzic to do konca ten project zeby ratowac polska twarz i zeby dostac przeciez wasze pieniadze!!!! oco tu wlasciwie chodzi????? Tadeusz czytaj ten list od Steva i pomysl otym jak czlowiek, inteligentny jak ty, business man i zadaj sobie pytanie czy chcialbys byc traktowany w taki sposob????czekam na odpowiedz ktora wyslesz do mnie czy besposrednio do niego wszystko jedno bo naprawde powinienes mu dac chos odrobine szacunku. Pozdrawiam, do uslyszenia

Bobby Kaczor

Arthur

Please relay this message to everyone here and in Poland
This project cannot continue like it has been going so far !!
We cant go on like this any more !!!!!!!
With each passing day we get different answers if we get any at all ........and when you do decide to answer our phone calls all we hear  is "Tomorrow We Will Know" as you already know this answer is not satisfactory ......  we are so behind schedule at this point I cannot even face my clients. I do not know how you run your business but I would like to remain in good standing with my clients.

It is of utmost importance that I have the container numbers for the containers that are in Gudynia.

There will be a vessel leaving Hamburg on Saturday July 14 the remaining containers have to be on that ship I don not want to know how that will happen BUT MAKE IT HAPPEN
I must have an answer by Friday morning **YES OR NO** If there is no response by then I will take that as a **NO** and I will have to make other arrangements.
Thanks
Steve

P. S.

DF000034

I apologize for being so harsh but to much pressure from my partners, developers, and building management.

Get a sneak peak of the all-new AOL.com.

Get the Yahoo! toolbar and be alerted to new email wherever you're surfing.

DF000035

## TRANSLATION FROM POLISH INTO ENGLISH LANGUAGE

YAHOO! MAIL

Marius Gebski

| | |
|---|---|
| From: | BOBBY KACZOR [dentonstoneworks@yahoo.com] |
| Sent: | Wednesday, June 08, 2011 10:45 PM |
| To: | Marius Gebski |
| Subject: | Fw: Patience of our client is finished |
| Follow up Flag: | Follow up |
| Flag Status: | Red |

-----Forwarded Message----
From: Artur Bobko <arturbobko@yahoo.com>
To: BOBBY KACZOR <dentonstoneworks@yahoo.com>
Sent: Wed, July 11, 2007 11:37:18 PM
Subject: Fw: Patience of our client is finished

Tadeus.
Tomasz.

I received an email from Steve.

I'm introducing to you the situation with the first 180 units. You sent in desks that are not pieced together. Yesterday they finished putting together the last part. They started to assemble them. During assembling we found out that in Headboards you didn't make holes for regulation of shelfs. The first five sets were ok. People should fix all mistakes by tomorrow. They said that a first check we should get by next week. If we will get the money then we will make a deposit.

You have to tell me what you are planning to do. They gave you the ultimatum until Friday morning. If you won't send out those last two containers, by Friday morning they will start the desk production on location. Everyone is getting so depressed by the way you are acting. I didn't expect that you will drive us to such situation. Besides that you destroyed a multimillion contract with them also you drive the Global Kitchen to bankruptcy. We are waiting for your response to this situation. Tadeus you didn't ensue for the order plus you make me look stupid in this very difficult situation. Like you see below email is for me and I have to translate it to you. I've guaranteed people that we can count on you and you won't let us down. But I was so wrong and now everybody blames me. I don't know what you can do now to find a right solution in this situation.
Artur

Letter from Steve
Please relay this message to everyone in Poland. This project cannot continue like it has been going so far!!! We can't go on like this any more!!!!!! With each passing day we get

DF000036

different answers if we get any at all…… and when you do decide to answer our phone calls all we have is " Tomorrow We Will Know: as you already know this answer is not satisfactory…. We are so behind schedule at this point I cannot even face my clients. I don't know how you run your business but I would like to remain in good standing with my clients. It is of most importance that I have the container numbers for the containers that are in Gdynia There will be a vessel leaving Hamburg on Saturday 14th the remaining containers have to be on that ship I don't want to know how that will happen BUT MAKE IT HAPPEN. I must have an answer by Friday morning YES OR NO if there is no response I will take that as a NO and I will have to make other arrangements.
Thanks
Steve

I apology for being so harsh but to much pressure from my partners, developers and building managers.

I, the undersigned, GRETA KRET, herby certify that I am thoroughly familiar with the Polish language both written and spoken and that the above is a true and accurate translation of the original document provided to the best of my knowledge and belief.

Sworn to before me this
28th day of December, 2011

_____
NOTARY PUBLIC

_____
GRETA KRET

DAVID KUZNIA
Notary Public, State of New York
Registration #02KU6236945
Qualified in Queens County
Commission Expires March 14, 2015

DF000037

## Marius Gebski

| | |
|---|---|
| **From:** | BOBBY KACZOR [dentonstoneworks@yahoo.com] |
| **Sent:** | Wednesday, June 08, 2011 10:45 PM |
| **To:** | mariusz gembski |
| **Subject:** | Fw: Cierpliwosc naszych klijentow sie konczy. |
| **Follow Up Flag:** Follow up | |
| **Flag Status:** | Red |

----- Forwarded Message ----
**From:** Arthur Bobko <arturbobko@yahoo.com>
**To:** BOBBY KACZOR <dentonstoneworks@yahoo.com>
**Sent:** Wed, July 11, 2007 11:37:18 PM
**Subject:** Re: Cierpliwosc naszych klijentow sie konczy.

Tadeusz.
Tomasz.

Dostalem e-mail od Steva.

Przedstawiam ci sytuacje z tymi pierwszymi 180 junitami.
Przyslales nie poskladane biurka.  Wczoraj skonczyli skladac ostatnia partie.
Teraz zaczeli montowanie. W montowaniu wyszlo ze w Headboards nie zrobiles otworow
do regulacji polki. W pierwszych pieciu zestawch bylo Ok. Ludzie powinni te wszystkie bledy
naprawic do jutra.  Powiedzieli ze pierwszy czek powinnismy dostac w nastepnym tygodniu.
Jezeli dostaniemy  pieniadze to  przelejemy.

Musisz sie okreslic co ty planujesz robic.  Daja ci ultimatum do piatku rana.
Jezeli nie wyslesz tych ostatnich dwoch kontenerow, to zaczynaja produkcje biurek na miejscu w piatek
rano.
Wszyscy sa juz zdesperowani to co ty robisz.. Nie spodziewalem sie ze doprowadzisz nas
do takiej sytuacji. Oprocz ze  zniszczyles multimilionowy kontakt z nimi to rowniez doprowadzasz
Global Kitchen do bakrupstwa.
Czekamy na twoje okreslenie sie do danej sytuacji.
Tadeusz dosc ze ty sie nie wywiazales z zamowienia to stawiasz mnie teraz  w bardzo trudnej sytuacji.
Jak widzisz ponizej ten e-mail jest skierowany domnie zebym ci go przetlumaczyl.
Gwarantowalem za ciebie ze mozna na ciebie liczyc i napewno nas nie zawiedziesz.
Niestety ocena byla bledna , wszyscy maja domnie teraz protensje.
Nie wiem co mozesz zrobic zeby z tego wyjsc.
Artur.

### List od Steva
" Przedstaw  wszystkim tam w Polsce ta wiadomosc.
My nie mozemy zgodzic sie na takie kontynowanie tego projektu juz dluzej wiecej.
My nie mozemy tolerowac tego dluzej wiecej.
Przez te wszystkie dni dostawalismy rozne  informacje jezeli wogole dostalismy jakiekolwiek.

DF000038

8/4/2011

Jezeli zdecydowales sie odebrac telefon , sleszelismy tylko ze jutro bedziecie wiedziec.
Jak sie juz przekonales te odpowiedzi nie sa zadawalajace.
My jestesmy juz bardzo spoznieni i nawet nie moge patrzec w oczy moim klijentom.
Nie wiem jak ty prowadzisz swoj biznes ale ja chce dalej utrzymywac dobre stosunki z moimi
klijentami.
Do tego moje dwa najwazniejsze kontenery zawiezliscie do Gdyni.
14 lipca odplywa kontener z Hamburga i te dwa kontenery maja sie na nim znalesc .
Ja nie chce slyszec ze jest to nie mozliwe , to zrobcie wszystko zeby bylo mozliwe.
Ja musze miec odpowiedz do piatku rana JES LUB NO.
Jezeli nie mam odpowiedzi do piatku rana ja uwazam odpowiedz za NIE.
Wtedy podejmuje inne srodki dzialania
Dziekuje.
Steve.
Przepraszam za taki list ale za duzo mam stresu od moich partnerow,developerow i bilderow.

----- Original Message ----
From: "STAVRO10@aol.com" <STAVRO10@aol.com>
To: arthur.bobko@yahoo.com; handel7@atlas-kuchnie.com.pl;
DENTONSTONEWORKS@YAHOO.COM; cbaNR1@YAHOO.COM
Cc: Davidnycda@aol.com; DIMEK2@aol.com; KNOSSOS538@aol.com
Sent: Wednesday, July 11, 2007 5:41:28 PM
Subject: dell scd

Arthur

Please relay this message to everyone here and in Poland
This project cannot continue like it has been going so far !!!
We cant go on like this any more !!!!!!!
With each passing day we get different answers if we get any at all ........and when you do decide to answer our
phone calls all we hear  is "Tomorrow We Will Know" as you already know this answer is not satisfactory ...... we
are so behind schedule at this point I cannot even face my clients. I do not know how you run your business but I
would like to remain in good standing with my clients.

It is of utmost importance that I have the container numbers for the containers that are in Gudynia.

There will be a vessel leaving Hamburg on Saturday July 14 the remaining containers have to be on that ship !
don not want to know how that will happen BUT MAKE IT HAPPEN
I must have an answer by Friday morning **YES OR NO** If there is no response by then I will take that as a **NO** and
I will have to make other arrangements.
Thanks
Steve

P. S.

I apologize for being so harsh but to much pressure from my partners, developers, and building management.

DF000039

## Marius Gebski

| | |
|---|---|
| **From:** | BOBBY KACZOR [dentonstoneworks@yahoo.com] |
| **Sent:** | Wednesday, June 08, 2011 10:51 PM |
| **To:** | mariusz gembski |
| **Subject:** | Fw: Last three containers from Atlas POLAND |
| **Follow Up Flag:** Follow up | |
| **Flag Status:** | Red |

----- Forwarded Message ----
**From:** Tomasz Głódź <handel7@atlas-kuchnie.com.pl>
**To:** Artur Bobko <arturbobko@yahoo.com>
**Cc:** Steve USA <stavro10@aol.com>; Leslaw Popko USA <zalev2000@aol.com>; Janusz USA <CBANR1@YAHOO.COM>; Bobby Kaczor <dentonstoneworks@yahoo.com>
**Sent:** Fri, July 13, 2007 7:34:09 AM
**Subject:** Last three containers from Atlas POLAND

Hello;

I would like to inform you  that we've confirmed three containers in the SAVINO company
at JULY 17-th, 18-th and 19-th with the rest of the elements of these 520
sets with beds and desk.
We was informed that these container will be taken directly to Bremenhaven
where at July 23-rd leave to USA,
where arrive August 2-nd.

All the best

Tomasz Głódż
Office: + 48 61 44 52 213
Mobil:  + 48 668 450 447
Fax:   + 48 61 44 52 201

DF000041

8/4/2011

Print      .      http://us.mg4.mail.yahoo.com/dc/launch?.gx=1&.rand=d4hjbpusa06i5

From: Tomasz Glodz <handel7@Atlas-kuchnie.com.pl>
: Arthur Bobko <arturbobko@Yahoo.com>
Sent: Tuesday, September 11, 2007 3: 31: 15 AM
Subject: RE: Marcia-brakujace goods

*Marcia project not Finish*

I'M FIGHTING WITH THIS TOPIC WITH THE PRODUCTION FOR A LONG TIME.
I PUT TO PRODUCTION AT THE END OF JULY AND YOU KNOW WHERE YOU'RE
WAITING FOR THE KITCHEN.
WE ARE TRYING BUT IF NOTHING DEFINITE COMMITMENT.

TOMASZ

-----Original Message-----
From: Arthur Bobko [mailto: arturbobko@yahoo.com]
Sent: Monday, September 10, 2007 6: 52 PM
To: Tomasz Glodz
Subject: Marcia-brakujace goods

Tomasz.
We have something to do with Marcia.
People coming to the store and asking what is going on where my things. Two months past from
consignment.
As you know you on one szafke 12 "/42 " (One), the finishowy panel on the side of the Cabinet,
(no) 3 1/4 " finiszowy kawel between Cabinet, wykoczony with the two parties (not his) and
doors that may wade from Cabinet 18 "/42 ".(Przyszly)
As you please respond to them and help.
It seems to me to have this issue with air as soon as the normal bundle.

Artur.



PENSO40 800-631-6989   DEFENDANT'S EXHIBIT   1   RVK   11/23/11

6/17/2011 9:07 PM

DF000015    Bobko 35

Print

http://us.mg4.mail.yahoo.com/neo/launch

porozmawiac co robimy dalej i jak to bedziemy robic to robimy sobie bzdurne klopoty ktore nie maja zadnego sensu gdzie mozna te pare groszy odrobic na nastepnym projekcie biorac pod uwage ze nie bedzie to na zasadzie takiej jak wysylanie tego ostatniego zamowienia (10-ciu kuchni) ktore powinno byc praktycznie juz u nas a my w dalszym ciagu nie wiemy czy wogole jest to wyprodukowane!!!! na ktore zreszta pieniadze macie wyslane, stare projekty zaplacone (mowie tu o moich zamowieniach z Denton Stoneworks) i znow ide i swiece oczyma przed klijentem jak ten baran bo niewiem co powiedziec, bo albo jest za tydzien albo dwa albo tez nie wyplynie wcale o czym dowiaduje sie po ostatnich e-mailach!!!! Panie Tadeuszu, potraktuj to powaznie i odpisz co chcesz zrobic i oczywiscie prosil bym o podanie daty kiedy te kuchnie beda wyslane a o reszte pieniedzy od Steva nie martw sie bo facet powiedzial ze chocby nawet ze swoich mial zaplacic to to zrobi i chcial ci to osobiscie powiedziec bo byl razem z nami ostatnio jak bylismy umowieni na rozmowe telefoniczna z Toba w ktorej niestety najprawdopodobnie  nie chciales uczestniczyc. Pozdrawiam i czekam na odpowiedz, BKaczor.

----- Original Message ----
From: Tomasz Głódź <handel7@atlas-kuchnie.com.pl>
To: Bobby Kaczor <dentonstoneworks@yahoo.com>
Cc: Nowicki Tadeusz <tnowicki@atlas-kuchnie.com.pl>; Artur Bobko <arturbobko@yahoo.com>;
Janusz USA <CBANR1@YAHOO.COM>
Sent: Wednesday, September 12, 2007 6:42:43 AM
Subject: Zestawienie płatności do projektu Steva.

Witam;

Wpłaty z Global Cabinets:
78 000 USD
61 000 USD
Razem: 139 000 USD
odjąć koszta dodatkowe na miejscu ustalone z p.T.Nowickim = 20 000 USD;

tak więc do zapłaty z projektu dla Steva pozostaje = 158 314 USD

Proszę o informacje kiedy mozemy spodziewać się przelewu.

Tomasz Głódź

Office: + 48 61 44 52 213
Mobil: + 48 668 450 447
Fax:   + 48 61 44 52 201



Do You Yahoo!?

DF000013

**TRANSLATION FROM POLISH INTO ENGLISH LANGUAGE**

YAHOO! MAIL

-----Original Message----
From: Tomasz Głodz <handel7@atlas-kuchnie.com.pl>
To: Bobby Kaczor <dentonstoneworks@yahoo.com>
Cc: Nowicki Tadeusz <tnowicki@atlas-kuchnie.com.pl>; Artur Bobko
<arturbobko@yahoo.com>; Janusz USA < CBANR1@YAHOO.COM>
Sent: Wednesday, September 12, 2007 6:42:43 AM
Subject: Collection of payment for Steve's project

Hello;

Deposits from Global Cabinets:
78 000 USD
61 000 USD
Together: 139 000 USD
Subtract additional costs established on location with Mr. T. Nowickim= 20 000 USD

So the remains for repayment of Steve's project is = 158 314 USD

Please let me know when we can expect to receive a money transfer.

Tomasz Glodz

Office: +48 61 44 52 213
Mobil: + 48 668 450 447
Fax: + 48 61 44 52 201

---

I, the undersigned, GRETA KRET, herby certify that I am thoroughly familiar with the
Polish language both written and spoken and that the above is a true and accurate
translation of the original document provided to the best of my knowledge and belief.

Sworn to before me this
27th day of December, 2011

DAVID KUZNIA
Notary Public, State of New York
Registration #02KU6236945
Qualified in Queens County
Commission Expires March 14, 2015

NOTARY PUBLIC

GRETA KRET

DF000014



Page 1 of 1

**Marius Gebski**

| | |
|---|---|
| **From:** | BOBBY KACZOR [dentonstoneworks@yahoo.com] |
| **Sent:** | Wednesday, June 08, 2011 10:43 PM |
| **To:** | mariusz gembski |
| **Subject:** | Fw: Otrzymane przelewy. |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Blue |

----- Forwarded Message ----
**From:** BOBBY KACZOR <dentonstoneworks@yahoo.com>
**To:** handel7@atlas-kuchnie.com.pl
**Sent:** Tue, October 16, 2007 8:33:11 AM
**Subject:** Re: Otrzymane przelewy.

czesc Tomku, zadzwon jak bedziesz mial chwile czasu.
Pozdrowienia dla wszystkich, BKaczor

--- Tomasz G²ód¼ <handel7@atlas-kuchnie.com.pl> wrote:

> Witam.
>
> Dawno siê nie odzywa²e¶. Co tam s²ychaæ?
>
> Mam pytanie co do USD jakie otrzymali¶my ostatnio.
> Wiem, ¿e te 35 000 USD jest na projekt Steva,
> a te 10 900 USD z  Twojej firmy , gdzie mam
> zaksiêgowaæ.
>
> Pzdr
>
> Tomasz
>
>
>
>
>
>

Moody friends. Drama queens. Your life? Nope! - their life, your story. Play Sims Stories at Yahoo! Games.
http://sims.yahoo.com/

DF000011

**TRANSLATION FROM POLISH INTO ENGLISH LANGUAGE**

YAHOO! MAIL

Marius Gebski

---

**From:** BOBBY KACZOR [dentonstoneworks@yahoo.com]
**Sent:** Wednesday, June 08, 2011 10:43 PM
**To:** mariusz gebski
**Subject:** FW: Received transfers.
**Follow Up Flag:** Follow up
**Flag Status:** Blue


----- Forwarded Message ----

From: BOBBY KACZOR <dentonstoneworks@yahoo.com>
To: handel7@atlas-kuchnie.com.pl
Sent: Tue, October 16, 2007 8:33:11 AM
Subject: Re: Received transfers.

Hi Tomku, if you find a time please call me.
All the best for everybody, BKaczor

--- Tomasz Glodz <handel7@atlas-kuchnie.com.pl> wrote:

Hello.

I haven't heard from you for a long time. How are you?

I have a question in regards to the USD that we received recently. I know that 35 000USD is for
Steve's project and the 10 900 USD from your firm, where am I supposed to pass it to.

All the best

Tomasz

---

I, the undersigned, GRETA KRET, herby certify that I am thoroughly familiar with the Polish
language both written and spoken and that the above is a true and accurate translation of the
original document provided to the best of my knowledge and belief.

Sworn to before me this
27th day of December, 2011

DAVID KUZNIA
Notary Public, State of New York
Registration #02KU6238945
Qualified in Queens County
Commission Expires March 14, 2015

GRETA KRET

**TRANSLATION FROM POLISH INTO ENGLISH LANGUAGE**

YAHOO! MAIL
-----Original Message----
From: BOBBY KACZOR <dentonstoneworks@yahoo.com>
To: Tadeusz <tnowicki@atlas-kuchnie.com.pl>
Cc: Artur <arturbobko@yahoo.com>; crip popko <cbanr1@yahoo.com>; tomek <handel7@atlas-kuchnie.com.pl>;
Sent: Tuesday, October 30, 2007 12:10:52 AM
Subject: Collection of payment for Steve's project

Responding to this email one more time I would like to write sequence of payments order and of course our expenses in here. I'm talking about real expenses lake material expenses and employees hired on our behalf and hourly rate not construction rate where everybody will make their own profit except of our time, transportation etc.
According to Tomka's deposits we also should add last deposited $35,000.00 which gives us a new balance of $123,314.0 plus like I said already bed production costs $30,000.00 not 20,000.00 so we have to deduct $10,000.00 so now on the total is $113,314.00 all bills including beds (320 pieces) which you guys sent too late and their where not erect in our storage until Mt. Tadeusz showed up in our place. Additionally costs that have to do with assembling desks which where supposed to be assembled and where in pieces plus additional costs that had to do with a transport to Germany on wheels because the production was delayed. We have proofs in the character of bills nothing was made up the matter is for somebody to recall whole history and ask "how much guys loose on the project that has collapsed" if that is correct it would be $20,000.00 but I might be mistaken because unfortunately I am home not at work at this time I think it is worth to do history with you because if every time we will encounter on such problems and losses like so far who will be doing anything for free or push money from ones own pocket just like we did until this moment?? Instead of Tadeusz should come and talk about what to do thereinafter and how we will do it because now we are making a nonsense bother which don't make any sense we can still come back on the next project only if it is not going to be the way it was last order (10 kitchens) which practically were supposed to be with us right now and we still don't know if they were fabricated. Besides on which money were sent to you, project are paid (I am talking here about my own orders from Denton Stoneworks) and again I go and glimmer with my eyes before my client like a dumdum because I don't know what to say it is either in a week or two or it is not going to come in at all from what I am finding out from my last emails!!! Mr. Tadeusz please handle it seriously and write me back what you want to do and of course please include the data when will the kitchens be sent and about the rest of money from Steve you don't have to worry he said if he has to he will put money out of his pocket and he wanted to tell you that in person because he was with us last time when we were scheduled on the phone talk with you in which presumably you did not want to take a part. With regards I am waiting for your response, BKaczor.

---

I, the undersigned, GRETA KRET, herby certify that I am thoroughly familiar with the Polish language both written and spoken and that the above is a true and accurate translation of the original document provided to the best of my knowledge and belief.
Sworn to before me this
28th day of December, 2011

NOTARY PUBLIC

GRETA KRET

DAVID KUZNIA
Notary Public, State of New York
Registration #02KU6236945
Qualified in Queens County
Commission Expires March 14, 2015

DF000044

----- Original Message ----
From: BOBBY KACZOR <dentonstonewor⌐⌐⌐ahoo.com>
To: tadeusz <tnowicki@atlas-kuchnie.com.pl>
Cc: artur <arturbobko@yahoo.com>; cris popko <cbanr1@yahoo.com>; tomek <handel7@atlas-kuchnie.com.pl>
Sent: Tuesday, October 30, 2007 12:10:52 AM
Subject: Re: Zestawienie płatności do projektu Steva.

Odpowiadajac na ten e-mail chcialbym jeszcze raz napisac kolejnosc platnosci i
oczywiscie naszych kosztow tutaj na miejscu, mowie kosztow bo to byly naprawde
koszty materialow i pracownikow przez nas zatrudnionych na zasadzie godzinowej nie
contractorskiej gdzie ktos po drodze powinien cos zarobic, pomijajac nasz czas,
dowozenie tych ludzi do pracy itp.

Do tych wymienionych przez Tomka wplat trzeba doliczyc ostatnio wplacone $35,000.00
co daje nam balance  $123,314.00 do tego jak mowilem wczesniej koszt produkcji lozek
wynosi $30,000.00 nie $20,000.00 czyli mosimy odjac nastepne $10,000.00 czyli zostaje
$113,314.00 wszystkie rachunki wlacznie z lozkami (320 szt.) ktore wyslaliscie za pozno
i nie byly montowane sa unas w magazynie do wgladu z chwila gdy Szanowny
P.Tadeusz zjawi sie u nas. Do tego byly koszty zwiazane ze skladaniem biurek ktore
mialy byc poskladane a byly w kawalkach, dodatkowe koszty zwiazane z transportem do
Niemiec na kolach ze wzgledu na opoznienie produkcji na to wszystko sa przeciez
rachunki nic tutaj nie jest zmyslane tylko chodzi zeby ktos sobie przypomnial cala
chistorie i zapytal sie " ile chlopcy jestescie stratni przez ten nie udany projekt" Jesli by
to bylo nawet nastepne $20.000.00 moge sie mylic bo niestety jestem w domu nie w
pracy otej porze wiec to warto robic z tego chistorie i tracic to co jest do zarobienia???
Ale niestety mosimy to robic razem z wami bo jesli za kazdym razem beda takie
problemy i straty jak dotad to kto bedzie chodzil za tym za darmo czy dokladal pieniadze
z wlasnej kieszeni jak do tej pory to robimy??? Zamiast Tadeusz  przyjechc i
porozmawiac co robimy dalej i jak to bedziemy robic to robimy sobie bzdurne klopoty
ktore nie maja zadnego sensu gdzie mozna te pare groszy odrobic na nastepnym
projekcie biorac pod uwage ze nie bedzie to na zasadzie takiej jak wysylanie tego
ostatniego zamowienia (10-ciu kuchni) ktore powinno byc praktycznie juz u nas a  my w
dalszym ciagu nie wiemy czy wogole jest to wyprodukowane!!!! na ktore zreszta
pieniadze macie wyslane, stare projekty zaplacone (mowie tu o moich zamowieniach z
Denton Stoneworks) i znow ide i swiece oczyma przed klijentem jak ten baran bo
niewiem co powiedziec, bo albo jest za tydzien albo dwa albo tez nie wyplynie wcale o
czym dowiaduje sie po ostatnich e-mailach!!!! Panie Tadeuszu, potraktuj to powarznie i
odpisz co chcesz zrobic i oczywiscie prosil bym o podanie daty kiedy te kuchnie beda
wyslane a o reszte pieniedzy od Steva nie martw sie bo facet powiedzial ze chcoby nawet
ze swoich mial zaplacic to zrobi i chcial ci to osobiscie powiedziec bo byl razem z
nami ostatnio jak bylismy umowieni na rozmowe telefoniczna z Toba w ktorej niestety
najprawdopodobniej  nie chciales uczestniczyc. Pozdrawiam i czekam na odpowiedz,
BKaczor.

DF000045

**Marius Gebski**

| | |
|---|---|
| **From:** | BOBBY KACZOR [dentonstoneworks@yahoo.com] |
| **Sent:** | Wednesday, June 08, 2011 10:49 PM |
| **To:** | mariusz gembski |
| **Subject:** | Fw: (no subject) |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Blue |

----- Forwarded Message ----
**From:** BOBBY KACZOR <dentonstoneworks@yahoo.com>
**To:** STAVRO10@aol.com
**Sent:** Wed, November 28, 2007 4:50:59 PM
**Subject:** Re: (no subject)

Hi Steve, is OK you can sent yd to them. Thank you.
BKaczor
--- STAVRO10@aol.com wrote:

> hello Joanna
> I am sorry I missed your phone call I tried to call
> the office and there  was
> no answer
> if possible please call me at my cell or at work at
> 718-729-0404
> after all these mishaps  with this order we have
> found our shelves in  a very
> difficult situation
> but done can not be undone (we understand we must
> and we will send  you  the
> balance  owed to your company . I have contacted
> global  and as promised by
> bobby it will be send by December 15 th
> even though we were waiting for one of your
> representatives to visit us in
> NY to discus the problems that we were facing on our
> side  we had no  results
> in getting one of you to visit?
> please feel free to call me any time
> best regards
> steve tepelidis
>
>
>
> ************************************Check out
> AOL's list of 2007's hottest
> products.
>
(http://money.aol.com/special/hot-products-2007?NCID=aoltop00030000000001)
>

Be a better pen pal.
Text or chat with friends inside Yahoo! Mail. See how.  http://overview.mail.yahoo.com/

DF000046

8/4/2011

# Rozliczenie od Steva.jpg



| GLOBAL CABINETS | TT ORDER | TT RECEIVED | PRICE PER | TT ORDER | |
|---|---|---|---|---|---|
| DEP | 520 PCS | 515 PCS | $700.00 | $360,500.00 | |
| DEP | | | | $91,000.00 | |
| DEP | | | | $94,500.00 | |
| DEP | | | | ~~$50,000.00~~ | |
| TT DEP | | | | ~~$125,000.00~~ | |
| BALL | | | | $125,000.00 | |
| CONTAINER | ALLOWANCE | | | $52,000.00 | |
| CONTAINER | PAID | | | $78,181.00 | |
| DIFFERENCE OF | for containers | | | -$26,181.00 | |
| CHARGE BACKS | CONTAINER #5 | | | -$422.00 | DELL TO WOODSIDE |
| CHARGE BACKS | CONTAINER #5 | | | -$100.00 | TIPS |
| CHARGE BACKS | CONTAINER #5 | | | -$500.00 | UNLOADING |
| CHARGE BACKS | CONTAINER #5 | | | -$1,250.00 | ASSEMBLE DESKS 5 PERSONS |
| CHARGE BACKS | CONTAINER #5 | | | -$1,000.00 | DELL DESKS |
| CHARGE BACKS | CONTAINER #13 | | | -$422.00 | |
| CHARGE BACKS | CONTAINER #15 | | | -$10,000.00 | ASSEMBLY/DELL/340 DESKS AND DELL ETC |
| CHARGE BACKS | container #14 | | | -$422.00 | dell back to john str |
| CHARGE BACKS | container #14 | | | -$500.00 | unloading |
| CHARGE BACKS | ADD HARDWARE #5 | | | -$400.00 | |
| CHARGE BACKS | HEAD BOARD ADJUST | | | -$5,150.00 | |
| CHARGE BACKS | FOR LATENESS | | | -$10,800.00 | |
| | | | | $57,147.00 | |
| 3% | | BALL | | $125,000.00 | |
| | | new ball | | $67,853.00 | |

_Received_ ...

_phone home buy big desks_

(1916 unread) Yahoo! Mail, dentonstoneworks

http://us.mg6.mail.yahoo.com/dc/launch?.gx=1&.rand=b7i74pb3biroj

Image 1 of 1

DF000048

04/12/2007 15:15   516746776
516 4374 8600                    DENTON STONEWORKS                   PAGE 01

*KNASSOS WIRE
DEPOSIT* (handwritten)

# A facsimile from

## Denton Stoneworks, Inc.

Tel 516.746.1500

Fax 516.746.6776

**To: State Bank / Richard**
Fax number: *

**Date:** 4/12/2007

**Regarding:** Transfer   *fax: 914 961 1508* (handwritten)   *Attn: Artur* (handwritten)

**Comments:** Please wire funds. Thanking you in advance. Monika

### TO ACCOUNT:

**Atlas Kuchnie**

Account# PL 021020414400006202000456095

**PKO BP SA ODZIAL NOWY TOMYSL**

**ABA# BPKOPLPW**

**POLAND**

### FROM ACCOUNT:

**Global Cabinets & Furniture Manufacturers, Inc**

Acct # 21784903

Amount $78,000 USD

**Bobby Kaczor**                    **Gabriel Capperchione**

*CONFIRMATION # 2007043* (handwritten)
*QMGFT 0020 01597* (handwritten)

*F 4/12/07 D* (handwritten stamp)

DF000047